NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILO D. BURROUGHS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF TRANSPORTATION,**
*Intervenor.*

---

2010-3180

---

Petition for review of the Merit Systems Protection Board in case no. DA4324100311-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Transportation to intervene,

IT IS ORDERED THAT:

(1)  The motions are granted.  The revised official caption is reflected above.

(2)  The respondent's and intervenor's briefs are due within 40 days of the date of filing of this order.

FOR THE COURT

__DEC 1 4 2010__
Date

/s/ Jan Horbaly___
Jan Horbaly
Clerk

cc:  Milo D. Burroughs
     Vincent D. Phillips, Esq.
     Sara Rearden, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK